IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MIMS MICHAEL MORRIS, JR, | * |
| Petitioner, | * |
| v. | Case No. 5:22-cv-00142-CAR-CHW |
| | * |
| WARDEN EDWARD PHILBIN, | |
| | * |
| Respondent. | |
| _____ | * |

# **JUDGMENT**

Pursuant to this Court's Order dated April 17, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 18th day of April, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk