IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **MIMS MICHAEL MORRIS, JR.,** | : | |
| Petitioner, | : | |
| v. | : | No. 5:22-CV-142-CAR-CHW |
| Warden **EDWARD PHILBIN,** | : | Proceedings under 28 U.S.C. § 2254 |
| Respondent. | : | |

### ORDER ON RECOMMENDATION OF THE
### UNITED STATES MAGISTRATE JUDGE

Before the Court is Petitioner Mims Michael Morris, Jr.'s Objection to the Magistrate Judge's Recommendation to deny Petitioner's Section 2254 petition and deny a certificate of appealability. The Court previously adopted the Recommendation, but Petitioner moved for additional time to file an Objection [Doc. 41], which the Court granted [Doc. 42]. Petitioner filed his Objection wherein he restates arguments and contentions that have been thoroughly and completely addressed in the Report and Recommendation. This Court has fully considered the record in this case and made a *de novo* determination of the portions of the Recommendation to which Petitioner objects. Having done so, the Court finds Petitioner's Objection unpersuasive and **AFFIRMS** its Order [Doc. 39] **ADOPTING** the Recommendation to deny the petition. Accordingly,

1

Movant's Objection [Doc. 43] is **OVERRULED**. The Court reiterates that Petitioner is not entitled to a certificate of appealability because he has not made a substantial showing of the denial of a constitutional right.

**SO ORDERED,** this 21st day of May, 2024.

                                                S/ C. Ashley Royal  
                                                C. ASHLEY ROYAL, SENIOR JUDGE  
                                                UNITED STATES DISTRICT COURT